IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY JAMES BUCHANON, II, )<br>#224 845, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SGT. BRIAN THOMPKINS, *et al.*, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.  2:10cv660-ID<br>(WO) |

**OPINION and ORDER**

On September 1, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge (Doc. #7) be and the same is hereby ADOPTED;

2. The plaintiff's claims against Defendants Boyd, Sconyers, Barbers, and Woods be and the same are hereby DISMISSED without prejudice and prior to service of process;

3. Defendants Boyd, Sconyers, Barbers, and Woods be and the same are hereby DISMISSED as parties in this cause of action in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. This case, with respect to the remaining defendants, be and the same is hereby

REFERRED BACK to the United States Magistrate Judge for appropriate proceedings.

Done this the 28th day of September, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE