IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRY JAMES BUCHANON, II,<br>AIS # 224845,<br><br>    Plaintiff,<br><br>v.<br><br>SGT. BRIAN THOMPSON *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:10cv660-ID<br>)              (WO)<br>)<br>)<br>) |

**OPINION AND ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on December 21, 2010, (Doc. # 33), that this case be dismissed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge (Doc. #33) be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this the 14th day of January 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE